SOPHIE D. COHEN, Appellant, *v.* ELEANOR C. HUGHES, Respondent.

Argued October 7, 1943; decided November 18, 1943.

*Meyer Kraushaar* for appellant.

*Milton Pollack* and *Frederick Zorn* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY, DESMOND and THACHER, JJ.